**Opinion issued September 17, 2013**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-13-00570-CV

_____

**THOMAS WAYNE FLORENCE, Appellant**

**V.**

**WANETTE MARIE FLORENCE, Appellee**

---

**On Appeal from the County Court at Law No. 3**
**Galveston County, Texas**
**Trial Court Case No. 12-FD-2877**

---

## MEMORANDUM OPINION

Appellant, Thomas Wayne Florence, attempts to appeal from the trial court's judgment signed January 16, 2013. We dismiss the appeal.

Generally, a notice of appeal is due within thirty days after the judgment is signed. *See* TEX. R. APP. P. 26.1. The deadline to file a notice of appeal is

extended to 90 days after the date the judgment is signed if, within 30 days after the judgment is signed, any party files a motion for new trial, motion to modify the judgment, motion to reinstate, or, under certain circumstances, a request for findings of fact and conclusions of law. *Id*.; TEX. R. CIV. P. 329b(a), (g). The time to file a notice of appeal may also be extended if, within 15 days after the deadline to file the notice of appeal, a party properly files a motion for extension. *See* TEX. R. APP. P. 10.5(b), 26.3. A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by rule 26.1, but within the 15-day extension period provided by Rule 26.3. *See* TEX. R. APP. P. 26.1, 26.3; *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997).

Here, the trial court signed the final judgment on January 16, 2013. Florence timely filed a motion for new trial on February 1, 2013. *See* TEX. R. CIV. P. 329b. Therefore, Florence's notice of appeal was due by April 16, 2013. *See* TEX. R. APP. P. 26.1.

Florence untimely filed his notice of appeal on June 3, 2013.[1] Without a timely filed notice of appeal, this Court lacks jurisdiction over the appeal. *See* TEX. R. APP. P. 25.1.

---

[1] Florence dated his notice of appeal on May 26, 2013. Therefore, even if we assume Florence filed his notice on that date, his notice was filed after the 15-day extension period and was untimely. *See* TEX. R. APP. P. 26.1, 26.3; *see also* TEX.

2

On August 5, 2013, we notified Florence that his appeal was subject to dismissal for want of jurisdiction unless, by August 15, 2013, he filed a response showing grounds for continuing the appeal. *See* TEX. R. APP. P. 42.3(a). Florence filed a response, but it does not show grounds for continuing the appeal.

Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Sharp, and Brown.

---

R. APP. P. 9.2(b); *Campbell v. State*, 320 S.W.3d 338, 342 (Tex. Crim. App. 2010).